UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

LUCILE SALTER PACKARD CHILDREN'S HOSPITAL AT STANFORD,

Plaintiff,

v.

MOLINA HEALTHCARE OF UTAH, INC.,

Defendant.

Case No. 14-cv-02204-BLF

**CASE MANAGEMENT ORDER**

On September 04, 2014, the parties appeared before Judge Beth Labson Freeman for a Case Management Conference.

IT IS HEREBY ORDERED that the following schedule shall apply in this case:

| EVENT | DATE OR DEADLINE |
| --- | --- |
| Further Case Management Conference | N/A |
| Last Day to Amend Pleadings or Add Parties | N/A |
| Last Day to Disclose Experts | 03/13/2015 |
| Fact Discovery Cut-Off | 02/17/2015 |
| Expert Discovery Cut-Off | 05/04/2015 |
| Last Day to Hear Dispositive Motions | 05/28/2015 - This is not a set date.  Parties must reserve hearing date prior to filing of motions. |
| Last Day to File Dispositive Motions | 03/27/2015 |
| Final Pretrial Conference | 07/16/2015 at 2:30 pm |
| Trial | 08/03/2015 at 9:00 am - 4 day Jury Trial |

IT IS FURTHER ORDERED THAT all disputes with respect to disclosures or discovery are referred to the assigned Magistrate Judge.

IT IS FURTHER ORDERED THAT the parties shall comply with the Court's standing orders, which are available on the Court's website and in the Clerk's Office.

Dated:  September 04, 2014

_____
BETH LABSON FREEMAN
United States District Judge